UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CAROL TORGERSON, | |
| Plaintiff, | |
| | 2:10-cv-00980-RLH-LRL |
| v. | |
| | **MINUTE ORDER** |
| BEN J. BINGHAM, et al., | |
| Defendants. | |
| | Dated:   October 4, 2010 |

PRESENT:     THE HONORABLE LAWRENCE R. LEAVITT, United States Magistrate Judge

JUDICIAL ASSISTANT:   Carol DePino     RECORDER:           None

COUNSEL FOR PLAINTIFF(S):             None Appearing

COUNSEL FOR DEFENDANT(S):             None Appearing

    Before the court is defendants' Motion for Pretrial Conference and Stay (#8).  The court has considered the motion, plaintiff's Joinder (#9), and defendants' Reply (#10).  For good cause shown,

    IT IS ORDERED that the motion (#8) is granted.  Pursuant to Fed. R. Civ. P. 16(c), a pretrial conference shall be conducted before the undersigned U.S. Magistrate Judge on **TUESDAY, DECEMBER 21, 2010, at 10:00 A.M.**, in Courtroom 3C.

    IT IS FURTHER ORDERED that formal discovery shall be stayed pending the pretrial conference, except that the parties shall exchange the initial disclosures required by Rule 26(a)(1), and defendants shall produce their file on the underlying medical malpractice claim, not later than **October 18, 2010**.

                                                                        *[signature]*
                                                                        _____
                                                                        **LAWRENCE R. LEAVITT**
                                                                        **UNITED STATES MAGISTRATE JUDGE**