LIPSON, NEILSON, COLE, SELTZER, GARIN, P.C.
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
ANGELA T. NAKAMURA OCHOA, ESQ.
Nevada Bar No. 10164
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500
(702) 382-1512 - fax
jgarin@lipsonneilson.com
aochoa@lipsonneilson.com
Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CAROL TORGERSON,<br><br>    Plaintiff,<br><br>vs.<br><br>BEN J. BINGHAM, BENSON & BINGHAM, LLC dba BENSON & BINGHAM ATTORNEYS AT LAW,<br><br>    Defendants. | CASE NO.: 2:10-cv-00980-MMD-GWF<br><br>NOTICE OF CHANGE OF ADDRESS |

TO:   THIS HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that counsel for Defendants BEN J. BINGHAM, BENSON & BINGHAM, LLC dba BENSON & BINGHAM ATTORNEYS AT LAW, the firm of LIPSON NEILSON COLE SELTZER & GARIN, P.C., will relocate their offices to the following address: 9900 Covington Cross Drive, Suite 120, Las Vegas, NV 89144-7052, **effective the 1st day October, 2013.** Telephone and fax numbers will remain the same.

DATED this _8th_ day of October, 2013.

LIPSON, NEILSON, COLE, SELTZER, GARIN, P.C.

By: _____
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
ANGELA T. NAKAMURA OCHOA, ESQ.
Nevada Bar No. 10164
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
jgarin@lipsonneilson.com
aochoa@lipsonneilson.com
Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of October, 2013, service of the foregoing **NOTICE OF CHANGE OF ADDRESS** was made by depositing a true and correct copy of same in the United States mail, postage fully prepaid, addressed to the following counsel:

Johnathan C. Reed, Esq.
Douglas A. Reed, Esq.
Reed & Mansfield
6655 W. Sahara Ave., B-200
Las Vegas, NV 89146
Attorneys for Plaintiff

_Renee M Rittenhaus_
An Employee of
Lipson, Neilson, Cole, Seltzer & Garin, P.C.

Lipson, Neilson, Cole, Seltzer & Garin, P.C.
9900 Covington Cross Drive, Suite 120
Las Vegas, NV 89144
(702) 382-1500

- 2 -